IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CRIMINAL NO. 5:15-CR- 11 |
| v. | : |
| | : Violations: |
| WILLIE PERKINS SMITH, III | :     21 U.S.C. § 841(a)(1) |
|            and | :     21 U.S.C. § 841(b)(1)(C) |
| MIEKELL WILLIE STEPHENS, | :     18 U.S.C. § 924(a)(1)(D) |
| | :     18 U.S.C. § 924(c)(1)(A) |
| Defendants. | :     18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

## COUNT ONE

### (Distribution of Cocaine)

On or about October 3, 2013, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this court,

**WILLIE PERKINS SMITH, III,**

defendant herein, aided and abetted by others unknown to the Grand Jury, did unlawfully, knowingly and intentionally to distribute a Schedule II controlled substance, to-wit: cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

1

## COUNT TWO

### (Distribution of Cocaine)

On or about October 11, 2013, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this court,

### WILLIE PERKINS SMITH, III,

defendant herein, aided and abetted by others unknown to the Grand Jury, did unlawfully, knowingly and intentionally to distribute a Schedule II controlled substance, to-wit: cocaine in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE

### (Possession with Intent to Distribute Cocaine)

On or about October 22, 2013, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this court,

### WILLIE PERKINS SMITH, III,

defendant herein, aided and abetted by others unknown to the Grand Jury, did unlawfully, knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, to-wit: cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR

### (Possession with Intent to Distribute Cocaine Base aka Crack Cocaine)

On or about October 22, 2013, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this court,

### MIEKELL WILLIE STEPHENS

defendant herein, aided and abetted by others unknown to the Grand Jury, did unlawfully, knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, to-wit: cocaine base also known as crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FIVE

### (Possessing a Firearm During and in Relation to a Drug Trafficking Crime)

On or about October 22, 2013, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### MIEKELL WILLIE STEPHENS,

defendant herein, did knowingly possess a firearm, to-wit: one . Beretta, .32 caliber pistol, serial number DAA459912, in furtherance of a drug trafficking offense alleged in Count Four of the Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

PRESENTED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

_____
SONJA B. PROFIT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this __12th__ day of March, AD 2015.

_____
Deputy Clerk

4